UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON Q. PITTS,<br><br>                      Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                      Defendant. | Case No.:  21cv971-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER [ECF NO. 13]** |

      On October 28, 2021, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 13.)  The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order [ECF No. 13].

      **IT IS SO ORDERED**.

Dated:  October 28, 2021

_____
Honorable Michael S. Berg
United States Magistrate Judge