# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON Q. PITTS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 21-cv-971-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 17] |

On March 1, 2022, the parties filed a joint motion to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear their own costs and attorneys' fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated:  March 1, 2022

　　　　　　　　　　　　　　　　　　　　　*Michael M. Anello*

　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　United States District Judge